**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**ST. PAUL BUILDING & CONSTRUCTION TRADES COUNCIL, AFL–CIO, et al.**

No. 16407.

United States Court of Appeals
Eighth Circuit.

Jan. 29, 1960.

Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Donald C. Savelkoul, St. Paul, Minn., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

**Ronald E. ALLEY**

v.

**Colonel James W. DAVIS, MPC Commandant, United States Disciplinary Barracks, Fort Leavenworth, Kansas.**

No. 6136.

United States Court of Appeals
Tenth Circuit.

Aug. 21, 1959.

Norton Frickey, Denver, Colo., for appellant.

Wilbur G. Leonard, U. S. Atty., and E. Edward Johnson, Asst. U. S. Atty., Topeka, Kan., and Lt. Col. Peter S. Wondolowski, JAGC, Washington, D. C., for appellee.

Before MURRAH, Chief Judge, and PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed on ground that the appeal was moot.

**Joe LONDON**

v.

**Robert RAINS, Acting Warden, Oklahoma State Penitentiary.**

No. 6139.

United States Court of Appeals
Tenth Circuit.

Sept. 12, 1959.

Arthur J. Kane, Jr., Denver, Colo., and Morris G. Gray, Okmulgee, Okl., for appellant.

Mac Q. Williamson, Atty. Gen., of Oklahoma, and Mr. Owen J. Watts, Asst. Atty. Gen., of Oklahoma, for appellee.

Before BRATTON, LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.